1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARS ULF ASPENLIND,
                                             No. CIV S-07-0307 FCD DAD PS
11                  Plaintiff,

12          v.                               ORDER

13   COUNTRY WIDE HOME LOANS,

14                  Defendant.
                                      /
15

16          This matter came before the court on May 4, 2007, for hearing of defendant's

17   motion to dismiss plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules

18   of Civil Procedure, or, in the alternative, for a more definite statement pursuant to Rule 12(e).

19   Plaintiff, proceeding pro se, made no appearance.  Sanford Shatz, Esq., appeared telephonically

20   for defendant.

21          Upon consideration of the documents filed by plaintiff on May 2, 2007, and the

22   statements of defendant's counsel at the hearing, the undersigned approved the parties'

23   stipulation that plaintiff will file a second amended complaint on or before May 30, 2007.  See

24   Fed. R. Civ. P. 15(a).  Defendant's pending motion will be denied without prejudice, subject to

25   renewal in response to plaintiff's second amended complaint.  Good cause appearing, the status

26   conference set for June 15, 2007 will be vacated, to be re-set at a later time as appropriate.

                                              1

1      Accordingly, IT IS HEREBY ORDERED that:

2          1. Pursuant to the parties' stipulation, plaintiff's first amended complaint is

3    dismissed with leave to amend;

4          2. Plaintiff shall file and serve his second amended complaint on or before May

5    30, 2007;

6          3. Defendant's April 2, 2007 motion to dismiss plaintiff's first amended

7    complaint or for more definite statement is denied, without prejudice, as moot;

8          4. The status (pretrial scheduling) conference set for June 15, 2007 at 11:00 a.m.

9    before the undersigned is vacated pending further notice.

10   DATED: May 4, 2007.

11

12                                                    _____

13                                                    DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

14   DAD:kw
     Ddad1\orders.prose\aspenlind03072.oah.mtd

15

16

17

18

19

20

21

22

23

24

25

26