IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARS ULF ASPENLIND,

        Plaintiff,                    No. CIV S-07-0307 FCD DAD PS

    vs.

COUNTRY WIDE HOME LOANS,

        Defendant.               ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 31, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed July 31, 2007, are adopted in full;

        2. Plaintiff's July 16, 2007 motion to strike and for final judgment is denied;

3. Defendant's June 6, 2007 motion to dismiss is granted; and

4. This action is dismissed with prejudice for failure to state any claim upon which relief may be granted.

DATED: September 13, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE